Form 210A (12/09)

# United States Bankruptcy Court

EASTERN DISTRICT OF VIRGINIA AT ALEXANDRIA

In re <u>GEORGE PAPPAS</u>           Case No. **09-20313**
    <u>COLEEN PAPPAS</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>CR Evergreen, LLC</u>                              <u>FIA Card Services NA aka Bank of America</u>
Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): <u>12</u>
should be sent:                                           Amount of Claim: $<u>41,177.61</u>
    CR Evergreen, LLC                              Date Claim Filed: <u>04/05/2010</u>
    MS 550
    PO Box 91121
    Seattle, WA 98111-9221
Phone: <u>1-866-670-2361</u>                            Phone: <u>(866)670-2361</u>
Last Four Digits of Acct #: <u>7101</u>                Last Four Digits of Acct #: <u>7101</u>

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ LINH K. TRAN</u>                          Date: <u>5/5/2010</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

