## UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In the Matter of:

GEORGE PAPPAS
AND
COLEEN PAPPAS

Debtors

Chapter 13

Case No. 09-20313-SSM

## MOTION TO DISMISS, NOTICE OF MOTION TO DISMISS AND NOTICE OF SCHEDULED HEARING ON THIS MOTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case. The cause for this motion is as follows:

> **Violation of 11 U.S.C. §521(4)** – Failure of the Debtor to provide copies of their federal and state income returns for the tax year 2009 to the Office of the Chapter 13 Trustee.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

> File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
George Pappas and Coleen Pappas, Case #09-20313-SSM

*Attend the hearing to be held on December 8, 2010 at 1:30 p.m. in Courtroom #1 on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.* If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

      A copy of any written response must be mailed to the following persons:

               Thomas P. Gorman
               300 North Washington Street, Ste. 400
               Alexandria, VA 22314

               Clerk of the Court
               United States Bankruptcy Court
               200 South Washington Street
               Alexandria, VA 22314

      If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __October 7, 2010_____            __Thomas P. Gorman _____
                                                         Thomas P. Gorman
                                                         Chapter 13 Trustee
                                                         300 N. Washington Street, #240
                                                         Alexandria, VA 22314
                                                         (703) 836-2226
                                                         VSB 26421

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 7th day of October, 2010, mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

| | |
|---|---|
| George Pappas | Robert Weed, Esq. |
| Coleen Pappas | Attorney for Debtor |
| Chapter 13 Debtors | 7900 Sudley Rd. Ste. 409 |
| PO Box 2354 | Manassas, VA  20109 |
| Centreville, VA  20121 | |

                                                        ___/s/ Thomas P. Gorman_____
                                                        Thomas P. Gorman