**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

In Re:

    George Pappas                          Case # 09-20313-BFK
    and
    Coleen Pappas

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

| PAYEE | AMOUNT |
|---|---|
| GEORGE PAPPAS<br>PO Box 2354<br>Centreville, VA 20121 | $10.96 |

Dated:      September 27, 2011        __/s/Thomas P. Gorman _____
                                                        Thomas P. Gorman
                                                        300 North Washington Street, Ste. 400
                                                        Alexandria, VA 22314
                                                        (703) 836-2226
                                                        VSB#26421